**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE D. BARON, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CANOPY GROWTH CORPORATION, DAVID KLEIN, and JUDY HONG,<br><br>          Defendants. | Case No. 1:25-cv-01877-AMD-LKE |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF SOJ COMPANY, LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>CO-LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.      I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant SOJ COMPANY, LLC ("SOJ") and proposed Co-Lead Counsel for the class in the above-captioned actions. I make this declaration in support of SOJ COMPANY, LLC's Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:     Press release published April 4, 2025 on *Access Wire*, announcing the pendency of a securities class action against the Defendants herein;

Exhibit B:     SOJ's Signed PSLRA Certification;

Exhibit C:     Analysis of SOJ's financial interest;

Exhibit D:     Firm Résumé of Glancy Prongay & Murray LLP; and

Exhibit E:     Firm Résumé of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 3rd day of June 2025.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 3, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 3, 2025, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh