**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE D. BARON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANOPY GROWTH CORPORATION, DAVID KLEIN, and JUDY HONG, <br><br> Defendants. | Case No.: 1:25-cv-01877-AMD-LKE <br><br> Hon. Ann M. Donnelly |

**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF**
**MOHAMMAD TAYARAN'S OPPOSITION TO COMPETING**
<u>**LEAD PLAINTIFF MOTIONS**</u>

I, Adam M. Apton, pursuant to 28 U.S.C. §1746, declare that:

1.      I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Mohammad Tayaran ("Movant"). I respectfully submit this declaration in support of Movant's Opposition to Competing Lead Plaintiff Motions.

2.      Attached hereto as **Exhibit A** is a true and correct copy of a spreadsheet analyzing SOJ Company, LLC's transactions. Transactions identified in highlight did not result in a recoverable loss and/or yielded a gain.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: June 17, 2025

<u>/s/ Adam M. Apton</u>
Adam M. Apton
