# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE D. BARON, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-01877-AMD-LKE |
| Plaintiff, | |
| v. | |
| CANOPY GROWTH CORPORATION, DAVID KLEIN, and JUDY HONG, | |
| Defendants. | |

**DECLARATION OF MARCELO NAJNUDEL IN SUPPORT OF SOJ COMPANY, LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>CO-LEAD COUNSEL</u>**

I, Marcelo Najnudel, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in support of SOJ COMPANY, LLC ("SOJ")'s Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the instant class action against Canopy Growth Corporation ("Canopy").

2.      I, Marcelo Najnudel, am the Manager of SOJ. I am duly authorized to institute legal action on SOJ's behalf, including legal action against Canopy, and other defendants.

3.      I reside in Rio De Janeiro. I am an Engineer and Entrepreneur, and I have an MSc in Engineering from Pontifical Catholic University of Rio de Janeiro. I have approximately 19 years of experience trading in the stock and futures market.

4.      SOJ is a Florida LLC. I created SOJ in 2019 for the purpose of investing. I, as Manager, make all investment decisions for SOJ. I do not intend to unwind SOJ any time in the near future. I do not have any reason to believe SOJ will have difficulty continuing to operate through the course of this litigation. Additional public information regarding SOJ is available through the Florida Department of State Website here: https://dos.fl.gov/sunbiz/search/.

5.      WWM URUGUAI SAS ("WWM") is a Uruguay company. WWM is an "authorized member" of SOJ. I manage the assets and investments of SOJ, but WWM is the beneficial owner of SOJ. I am the beneficial owner of WWM.

6.      While SOJ engages in some day trading, SOJ also holds substantial long positions in companies' stock, including Canopy stock during the class period in this action. I caused SOJ to hold a substantial quantity of Canopy stock throughout the class period in this action because I believed, based on publicly available information, that it was a good investment.

1

Docusign Envelope ID: E32B7863-90C3-40B6-8C82-A792638342C3

7.      I, on behalf of SOJ, believe that the securities class action against Canopy is meritorious and should be led by an investor that is committed to maximizing the recovery on behalf of the class. SOJ suffered substantial losses on its Canopy securities investments. I and SOJ have the ability and competency to oversee this litigation to a successful conclusion. It is for this reason that I, on behalf of SOJ, decided to seek the appointment of SOJ as lead plaintiff in this action.

8.      I and SOJ are informed of and understand the requirements and duties imposed by the PSLRA. I and SOJ understand the responsibilities of being a lead plaintiff, including SOJ's fiduciary duty to the class. I understand that if SOJ is appointed as lead plaintiff, SOJ will owe a duty to all members of the putative class to provide fair and adequate representation and to work with counsel to obtain the best possible recovery in good faith and with vigorous advocacy. I and SOJ are committed to the prosecution of this case and will remain actively involved.

9.      SOJ has selected counsel in this action based upon their experience and SOJ is confident in their ability to work with SOJ to protect the interest of the class. I and SOJ understand that one of SOJ's primary responsibilities will be overseeing counsel and thereby ensuring that the litigation is handled efficiently, and that the resulting fees and expenses are fair and reasonable, relative to the size, complexity, and risk of the litigation. I, on behalf of SOJ, will continue to supervise counsel and actively oversee the prosecution of this action for the benefit of the class by, among other things, reviewing pleadings, instructing counsel, and/or attending hearings, as necessary.

10.      I understand that, as the lead plaintiff in this action, I and SOJ will be subject to the jurisdiction of the Court and will be bound by all rulings by the Court, including rulings regarding any judgments.

Docusign Envelope ID: E32B7863-90C3-40B6-8C82-A792638342C3

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on 6/24/2025          .

DocYouSigned by:

998DECC09127451...

Marcelo Najnudel, Manager
SOJ COMPANY, LLC

3