

**J. Alexander Hood II**
Partner

July 2, 2025

**VIA ECF**
Hon. Lara K. Eshkenazi, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N322
Brooklyn, New York 11201

     RE:    *Baron v. Canopy Growth Corporation et al.*, 1:25-cv-01877-AMD-LKE

Dear Judge Eshkenazi:

Pomerantz LLP is counsel to Adam Palas ("Palas") and Carlos Luis Acero Herrero ("Herrero"), movants for appointment as Co-Lead Plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA") in the above-referenced action. On behalf of Palas and Herrero, we write to request leave to file a sur-reply brief to address new information raised for the first time in connection with competing Lead Plaintiff movant SOJ COMPANY, LLC's ("SOJ") reply to Palas and Herrero's opposition (Dkt. No. 23) (the "SOJ Reply"). Specifically, in connection with the SOJ Reply, SOJ submitted a declaration providing previously undisclosed information about SOJ and the respective roles of its Manager, Marcelo Najnudel, and beneficial owner, WWM Uruguai SAS. *See* Dkt. No. 23-1 ¶¶ 3-5. Palas and Herrero respectfully submit that, given the relevance of these facts to assessing SOJ's adequacy under Federal Rule of Civil Procedure 23 pursuant to the PSLRA, in the interest of fairness, a sur-reply is warranted to address these new facts, which Palas and Herrero have not previously had an opportunity to do.

A copy of Palas and Herrero's [Proposed] Sur-Reply Memorandum of Law is submitted herewith as Exhibit A. We respectfully request that this proposed sur-reply brief be deemed filed as of the date of this submission.

We have conferred with counsel for competing movant SOJ regarding the instant request. SOJ opposes the relief requested herein.

                Respectfully submitted,

                */s/ J. Alexander Hood II*
                J. Alexander Hood II

cc:    All counsel of record (via ECF)

ahood@pomlaw.com

600 Third Avenue, New York, NY 10016  Main: 212.661.1100  Direct: 646.581.9966
NEW YORK • CHICAGO • LOS ANGELES • PARIS • TEL AVIV
www.pomlaw.com