

Gregory B. Linkh
glinkh@glancylaw.com
230 Park Ave., Suite 358
New York, NY 10169
T: 212.682.5340

July 8, 2025

**<u>VIA ECF</u>**

Magistrate Judge Lara K. Eshkenazi
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom N322
Brooklyn, New York 11201

      Re:    *Baron v. Canopy Growth Corporation*, No. 1:25-cv-01877-AMD-LKE

Dear Judge Eshkenazi:

I write on behalf of Lead Plaintiff Movant SOJ COMPANY LLC ("SOJ") to respectfully request leave to file (1) the enclosed proposed response to Adam Palas and Carlos Luis Acero Herrero's Sur-Reply (Dkt. No. 26-1), and (2) the enclosed declaration of Marcelo Najnudel.

The proposed response and accompanying declaration are necessary to address new arguments raised for the first time in the Sur-Reply regarding SOJ's relationship to WWM URUGUAI SAS ("WWM"), and the business activities of WWM.

A copy of SOJ's proposed response to Mr. Palas and Mr. Herrero's Sur-Reply is submitted herewith as Exhibit A. A copy of the accompanying declaration of Marcelo Najnudel is submitted herewith as Exhibit B. I respectfully request that the proposed response and accompanying declaration be deemed filed as of the date of this submission.

I have conferred with counsel for Mr. Palas and Mr. Herrero. Counsel for Mr. Palas and Mr. Herrero indicated that they oppose the relief requested herein.

      Respectfully,

      */s/ Gregory B. Linkh*
      Gregory B. Linkh

Encls.

CC: All counsel of record.