# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRUCE D. BARON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CANOPY GROWTH CORPORATION, DAVID KLEIN, and JUDY HONG, <br><br> Defendants. | Case No. 1:25-cv-01877-AMD-LKE |

**DECLARATION OF MARCELO NAJNUDEL IN FURTHER SUPPORT OF SOJ COMPANY, LLC'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND <u>APPROVAL OF CO-LEAD COUNSEL</u>**

I, Marcelo Najnudel, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I submit this declaration in further support of SOJ COMPANY, LLC's ("SOJ's") Motion for Appointment as Lead Plaintiff and Approval of Co-Lead Counsel pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") in the instant class action against Canopy Growth Corporation ("Canopy"), and to answer the additional questions posed by Adam Palas and Carlos Luis Acero Herrero in their Sur-Reply (Dkt. No. 26-1). Their questions are bolded below, and my answers are provided below each question.

2.      **In what other business activities does WWM URUGUAI SAS ("WWM") engage?**

Answer: WWM provides marketing services and holds a royalty contract.

3.      **What is the source of WWM's investment capital?**

Answer: The source of WWM's investment capital is the business activities identified above.

4.      **Why is WWM the beneficial owner and authorized member of SOJ?**

Answer: WWM is the beneficial owner of SOJ for estate-planning purposes.

5.      **Are there any other authorized members of SOJ?**

Answer: No.

6.      **Is anyone other than Najnudel authorized to make unilateral decisions on SOJ's behalf?**

Answer: No.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __7/8/2025__.

DocYouSigned by:

_____
998DECC09127451...
Marcelo Najnudel, Manager
SOJ COMPANY, LLC

1